

Exhibit 1

# United States of America
## United States Patent and Trademark Office

# BAD VIBES FOREVER

**Reg. No. 5,654,600**
**Registered Jan. 15, 2019**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

BAD VIBES FOREVER, LLC (FLORIDA LIMITED LIABILITY COMPANY)
8825 Watercrest Circle
W. Parkland, FLORIDA 33076

CLASS 9: Musical recordings; Musical sound recordings; Audio and video recordings featuring music and artistic performances

FIRST USE 2-15-2014; IN COMMERCE 11-21-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-927,485, FILED 05-18-2018



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# XXXTENTACION

**Reg. No. 5,771,321**
**Registered Jun. 04, 2019**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Bad Vibes Forever, LLC (FLORIDA LIMITED LIABILITY COMPANY)
6855 Northwest 122nd Avenue
Parkland, FLORIDA 33076

CLASS 25: Jerseys; Outerwear, namely, jackets and hats; Pants; Sweatpants; Sweatshirts; T-shirts; Tops as clothing; Collared shirts; Headwear, namely, hats and caps; Hooded sweatshirts

FIRST USE 2-15-2014; IN COMMERCE 12-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of "TENTACION" in the mark is "TEMPTATION".

The name(s), portrait(s), and/or signature(s) shown in the mark identifies JAHSEH ONFROY, whose consent(s) to register is made of record.

SER. NO. 88-017,617, FILED 06-27-2018



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

## BAD VIBES FOREVER

**Reg. No. 5,627,992**
**Registered Dec. 11, 2018**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Bad Vibes Forever, LLC (FLORIDA LIMITED LIABILITY COMPANY)
8825 Watercrest Circle
W. Parkland, FLORIDA 33076

CLASS 25: Collared shirts; Headwear, namely, hats and caps; Jerseys; Pants; Sweatshirts; T-shirts; Tops as clothing; Hooded sweatshirts; Sweat pants

FIRST USE 12-11-2017; IN COMMERCE 12-11-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-034,884, FILED 07-12-2018



Director of the United States
Patent and Trademark Office